UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | § NO: EP:25-CR-00122(1)-LS |
| | § |
| (1) CESAR MANUEL GOMEZ | § |

**ORDER SETTING BOND REVOCATION/BAIL FORFEITURE HEARINGS**
**(18 U.S.C. § 3148; Fed. R. Crim. P. 46(f)(1))**

On this day, the Court considered the above-captioned cause. The DEFENDANT is presently in custody pursuant to an arrest warrant issued by this Court for violation(s) of pretrial release. **IT IS THEREFORE ORDERED** that the DEFENDANT, (1) CESAR MANUEL GOMEZ, be brought before this Court for a Bond Revocation Hearing, pursuant to 18 U.S.C. § 3148, and Bail Forfeiture Hearing, pursuant to Fed. R. Crim. P. 46(f)(1), **on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX on Thursday, May 29, 2025 at 3:30 PM**. If the DEFENDANT wishes to waive these hearings, the DEFENDANT may ONLY do so by announcing the waiver on the record in open court. However, the Court admonishes that relief from forfeiture by setting aside all or part of the forfeiture is only available at such hearing.

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of this Order to counsel for the DEFENDANT, counsel for the Government, the United States Pretrial Services Office, and any Cash or Corporate Sureties.

Signed and entered this 23rd day of May, 2025.

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE